# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOCELYN DESVARIEUX and FRANTZ JEAN, | : : | CIVIL ACTION |
| Plaintiffs, | : : | |
| v. | : : | |
| ALLSTATE PROPERTY & CASUALTY INSURANCE CO., | : : | No. 17-2564 |
| Defendant. | : | |

## ORDER

AND NOW, on April 26, 2018, upon consideration of Defendants' motion for summary judgment, Plaintiffs' response, and the parties' additional briefs, it is **ORDERED** that summary judgment is DENIED in accordance with my accompanying Memorandum Opinion.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge